UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GONZALEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>SUPREME JUDICIAL COURT,<br><br>        Defendant. | )<br>)<br>)<br>)   Civil Action No.<br>)   16-10218-IT<br>)<br>)<br>)<br>)<br>) |

## ORDER

**TALWANI, D.J.**

On January 25, 2016, Steven Gonzalez ("Gonzalez"), an inmate at MCI Concord, wrote a letter to the Massachusetts Supreme Judicial Court ("SJC") seeking removal of his post-conviction attorney and the appointment of new counsel. Although Gonzalez' letter is addressed to the SJC at the John Adams Courthouse at One Pemberton Square in Boston, it was mailed in an envelope addressed to Clerk Robert M. Farrell, 1 Courthouse Way in Boston. It was received in the clerk's office of the federal district court on February 5, 2016, and assigned Civil Action No. 16-10218-IT.

On review, it appears that Gonzalez intended to file this letter with the SJC and it was mailed in an envelope mistakenly addressed to the clerk of this federal court.

Accordingly, the clerk is directed to mail copies of this Order and Gonzalez' letter to SJC Clerk, Francis V. Kenneally, Supreme Judicial Court, John Adams Courthouse, One Pemberton Square, Suite 2500, Boston, MA 02108. A copy of this Order shall be mailed to Steven Gonzalez. The case is dismissed without prejudice and the clerk terminate this case from the

court's docket.

**So ordered.**

                                        /s/ Indira Talwani
                                        Indira Talwani
                                        United States District Judge

Dated: February 12 2016